# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

# FILED



APR 24 2026

In re: ERIC ROSS YOUNG; SUSAN LINETTE YOUNG

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

Debtors

BAP No. EW-26-1052

------------------------------

ERIC ROSS YOUNG; SUSAN LINETTE YOUNG

Bankr. No. 25-01029-FPC7
Adv. No. 25-80038-FPC
Chapter 7

Appellants

v.

TED COLE; LINDA COLE

April 24, 2026

Appellees

## CONDITIONAL ORDER OF DISMISSAL

The parties were notified that the briefing schedule was set in this appeal. The Appellant's opening brief and excerpts of the record have not been received. The appellant's opening brief due date was April 17, 2026.

Therefore, it appears that the Appellant is not diligently prosecuting this appeal. Sanctions, including dismissal, are appropriate. 9th Cir. BAP Rule 8018(a)-1(b)(3) and 8018(a)-2.

It is **ORDERED** that this appeal will be **DISMISSED as of MAY 8, 2026**, by that date, the Appellant files a brief and excerpts of the record or shows legal cause why this appeal should not be dismissed. Any response to this order is to be filed with the Panel Clerk and served upon opposing counsel.

If the Appellant has decided to dismiss this appeal, a motion or stipulation to dismiss should be filed. See FRBP 8023.

Susan M Spraul, BAP Clerk

**By:** Cecil Lizandro Silva, Deputy Clerk
**Filed and entered:** April 24, 2026

**cc:** All Parties