FILED

MAY 21 2026

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

|  |  |
|---|---|
| In re:<br><br>ERIC R. YOUNG; SUSAN LINETTE YOUNG,<br><br>     Debtors.<br><hr>ERIC R. YOUNG; SUSAN LINETTE YOUNG,<br><br>     Appellants,<br><br>v.<br><br>TED COLE; LINDA COLE,<br>     Appellees. | BAP No. EW-26-1052<br><br>Bk. No. 25-01029-FPC7<br><br>Adv. No. 25-80038-FPC<br><br><br><br>**ORDER RE BRIEFING** |

Before: Julia W. Brand, Bankruptcy Judge.

On April 24, 2026, the BAP issued a Conditional Order of Dismissal ("COD"), indicating that appellants had not filed the opening brief and excerpts and requiring appellants to file the briefs and excerpts or a legally-sufficient response to the COD no later than May 8, 2026.

On May 11, 2026, appellants filed a motion to extend time and response to the COD. Appellants also filed an appendix in support of additional time.

Appellants' motion is ORDERED GRANTED. **Appellants must file the opening brief and the transcript no later than <u>Thursday, June 11, 2026</u>**.

IT IS ORDERED THAT appellants may file an informal brief, and the BAP will waive the requirement of Fed. R. Bankr. P. 8018(b) that the appellants file and serve excerpts of the record. A copy of the informal brief form is attached as an exhibit to this order. However, appellants must file a copy of any transcript necessary for the determination of this appeal.

If appellants do not file a transcript, the Panel may assume that there is nothing in the transcript that appellants believe will help their position on appeal and may either dismiss or summarily affirm the appeal for failure to provide the transcript. 9th Cir. BAP R. 8009-1; *Gionis v. Wayne (In re Gionis)*, 170 B.R. 675, 680-81 (9th Cir. BAP 1994). *State of California v. Yun (In re Yun)*, 476 B.R. 243, 253-54 (9th Cir. BAP 2012).

In re: _____     BAP Number:_____
    (Debtor's Name)


_____     Bk. Number:_____

Appellant's Name

                                            v.     Adv. Number:_____


_____

Appellee's Name

        **INFORMAL BRIEF** OF       _____
                                    (Your name)

1.     What document are you appealing?

List the name of the bankruptcy court order or judgment you are appealing:


List the date of the order or judgment you are appealing:


2.     What are the facts of your case?  Please describe:

3.    What did you ask the bankruptcy court to do?

4.    What issues are you raising on appeal?  What do you think the bankruptcy court did wrong?

5.  Did you present all the issues you listed in #4 to the bankruptcy court?

Yes: _____

No: _____

If not, why?

6.  What law supports your argument in this appeal?

7.	List any other cases you have pending in this court by BAP case number:

8.	List any other current cases you have that could affect this appeal (such as any matters now at the bankruptcy court, district court, or the court of appeals):

9.	Do you want to have oral argument before three BAP judges? Check one:

Yes: _____

No: _____

CERTIFICATE OF SERVICE:

I certify that a copy of this brief and all attachments was served,

check one: _____ or _____ on the persons listed below:
               in person        by mail

Name                    Address                  Date Served

Sign your name:_____

Print your name:_____